IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCO GOMEZ,<br>    Plaintiff | § § § | |
| V | § § | **CIVIL ACTION NO. 7:23-cv-00201** |
| SOUTHWEST VALLEY<br>CONSTRUCTORS CO., and KIEWIT<br>INFRASTRUCTURE WEST,<br>    Defendants | § § § § § | JURY REQUESTED |

**PARTIES' JOINT STIPULATION OF DISMISSAL OF
SOUTHWEST VALLEY CONSTRUCTORS CO. ONLY
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff MARCO GOMEZ and Defendants SOUTHWEST VALLEY CONSTRUCTORS

CO. and KIEWIT INFRASTRUCTURE WEST file this Joint Stipulation of Dismissal of

Southwest Valley Constructors Co. Only under Fed. R. Civ. P. 41(a)(1)(A)(ii) and would show

the Court as follows:

**I.**

The Parties reached an agreement as to the dismissal with prejudice of the claims made

herein by Plaintiff against Southwest Valley Constructors Co. only. Accordingly, the Parties ask

the Court to dismiss the claims against Southwest Valley Constructors Co. with prejudice to re-

filing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE PREMISES CONSIDERED, the Parties pray this Court accept this Joint

Stipulation of Dismissal of Southwest Valley Constructors Co. Only under Fed. R. Civ. P.

41(a)(1)(A)(ii), with the case to continue at this time against Kiewit Infrastructure West only.

Respectfully submitted,


Date   01/08/24          */s/ Alyssa L. Romero with permission (by Alison D. Kennamer)*
George K. Farah
State Bar No. 24040882
Fed. ID No. 38353
Email: gkf@glawoffices.com
Alyssa L. Romero
State Bar No. 24084725
Fed. ID No. 2209518
Email: alr@glawoffices.com
Farah Law Group, PLLC
5211 S. McColl, Suite F
Edinburg, Texas  78539
(956) 800-4340
Fax (956) 800-4341
*Attorneys for Plaintiff Marco Gomez*


Date   01/08/24          */s/ Alison D. Kennamer*
Jaime A. Saenz
Texas Bar No. 17514859
S.D. Tx. ID No. 7630
Email:  ja.saenz@rcclaw.com
Alison D. Kennamer
Texas Bar No. 11280400
S.D. Tx. ID No. 12023
Email:  ad.kennamer@rcclaw.com
Colvin, Saenz, Rodriguez & Kennamer, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
 (956) 542-7441
Fax (956) 541-2170
*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

George K. Farah
Email: gkf@glawoffices.com
Alyssa L. Romero
Email: alr@glawoffices.com
Farah Law Group, PLLC
5211 S. McColl, Suite F
Edinburg, Texas 78539
(956) 800-4340
Fax (956) 800-4341
*Attorneys for Plaintiff*

by ecf service pursuant to the Federal Rules of Civil Procedure on the <u>8th </u>of January, 2024.

*/s/ Alison D. Kennamer*
Alison D. Kennamer